(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

07 - - 59

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
JAN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) __Myles A. Hart     00499250__
    (Name of Plaintiff)    (Inmate Number)

__P.O. Box 9561 Wilm. DE 19809__
   (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Correctional Medical Service__

(2) _____

(3) _____
         (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

__07 - - 59__
(Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

•X• Jury Trial Requested

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NONE

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  x • Yes  • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  •x• Yes  • • No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed numerous DOC and medical greivances

2. What was the result? They have never been reveiwed.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Correctional Medical Services

Employed as Medical at H.R.Y.C.I

Mailing address with zip code: P.O. BOX 419052

Saint Louise, Missouri  6314-9052

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. FEll off a top bunk. As a result I injured my (R) shoulder and my lower back. C.M.S never gave the recommended by Dr.Dirruzio which was to be taken to be tken to outside hospital to have more extensive X-Rays and a MRI taken . See attached claim sheet.

2. Was infected with the Mecer Staphlacocus diesease C.M.S. failed to give correct and immediate attention resulting in numerous outbreaks. Loss of feeling on the (R) side of face and partcial loss of vision in (R) eye. See attached claim sheet.

3.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Movant feels that his Fifth Amendment and his Fourteenth amendment was violated by not being able to recieve immediate and corrective medical treatment. Also Movant feels the EIGHT Amendment right was violated considering it states that inmates have the right for adequate shelter, food, and medical attention.

2. <u>Client wishes to compensated for issues of medical neglect, mental anguish also for pain and suffering</u>

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17__ day of __January__, 2~~2~~007.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Statement of Claim
------------------

    1.On the 3rd of October 2006 Movant filed 1st sick call regarding the infection on my face. On the 5th i had informed the D.O.C. staff of swelling and the pain that Movant was in . Movant was not seen by Doctoruntil the 9th. Movantwas then admitted into the infirmary for observation. It was stated that the infection was Mercer Staphlacocous infection. On the 10th Movant was administered an I.V. At this time Movant was directed to sleep on floor of the infirmary. At that time a nurse was stat the infection was getting worse. On the 11th the I.V. was stopped Movant was also administered antibiotics all the way through the 19th of October. AS of recently Movant still has issues with blurred vision and with the feeling on the right side of face.

    2. On the 20th of May 2006, Movant had fell off of the assigned top bunk upon arrival to the KEY Program. At that time Movant was taken to medical dept. the Doctor had examined the (R) shoulder and lower back that was injured during the fall.At that time Movant was then reffered to have X-Rays takenof the injuries that had occurred. Upon that Novant was then reffered to have an M.R.I taken of the injuried. Movant was then placed om muscle relaxers for the pain. The M.R.I. was taken on the 20th of December . As of this time nothing has been done about injurie



Delaware Supreme Court
Carvel State Office Building
820 N. French Street
P.O. Box 1997
Wilmington DE 19899

CHAMBERS OF THE SUPREME COURT
P.O. BOX 1997
WILMINGTON, DELAWARE 19899

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801