2/23/07

Dear Office of the Clerk

Plaintiff
1:07-CV-00059-SLR Hart V. Correctional medical Service

Plaintiff requested to submit Certified copys of trust fund Account Statement.

Thank you

SBI 499250 Myles Hart

Myles A HART



```
RESIDENT HISTORY REPORT                                              Page 1 of 3

HRYCI
02/22/07 12:33
ST 006 / OPR KJG

SBI              : 499250
Resident Name    : HART, MYLES
Time Frame       : 01/13/2004 18:17 - 02/22/2007 12:33

-----------------------------------------------------------------------------
Date        Time    Type           ST   OPR    Receipt #        Amount   Balance
-----------------------------------------------------------------------------

01/13/2004  18:17   Intake         1    cobra  A4179            11.77    11.77
01/20/2004  09:07   Order          2    IM     B700              5.42     6.35
01/22/2004  08:26   Add            8    RP     H150             25.00    31.35
01/22/2004  12:02   Add            4    SED    D435             50.00    81.35
01/27/2004  06:27   Order          2    WLH    B1520            51.65    29.70
02/02/2004  10:51   Add            4    RWW    D886             50.00    79.70
02/02/2004  12:01   Add            4    SED    D927             25.00   104.70
02/04/2004  09:40   Order          2    DDT    B2742            34.60    70.10
02/10/2004  06:30   Order          2    WLH    B3359            39.06    31.04
02/10/2004  12:46   Credit         3    WLH    C577              1.10    32.14
02/12/2004  12:17   Add            4    RWW    D1556            50.00    82.14
02/17/2004  06:02   Order          2    IM     B4376            52.44    29.70
02/24/2004  08:28   Order          2    IM     B5422            28.93     0.77
02/24/2004  13:50   Credit         3    WLH    C930              2.13     2.90
03/02/2004  06:17   Order          2    DDT    B6432             2.75     0.15
12/28/2005  17:53   Add            5    WAD    E12342           90.10    90.25
01/04/2006  07:20   Order          2    WLH    B95182           33.57    56.68
01/09/2006  11:57   Order          2    WLH    B95934           38.86    17.82
01/16/2006  12:19   Add            8    RP     H17981           20.00    37.82
01/17/2006  06:19   Order          2    DDT    B97205           14.63    23.19
01/18/2006  12:50   Add            4    SEA    D40360          100.00   123.19
01/24/2006  09:33   Order          2    DDT    B98241           59.85    63.34
01/31/2006  11:18   Order          2    DDT    B99357           36.57    26.77
02/06/2006  10:24   Add            4    J      D41422          100.00   126.77
02/07/2006  10:12   Order          2    DDT    B100399          34.87    91.90
02/14/2006  09:24   Order          2    DDT    B101645          57.59    34.31
02/21/2006  08:28   Order          2    DDT    B102460          27.83     6.48
02/28/2006  08:46   Order          2    DDT    B103504           5.61     0.87
03/07/2006  10:47   Order          2    WLH    B104635           0.84     0.03
03/07/2006  12:24   Add            4    SEA    D43462          100.00   100.03
03/13/2006  14:15   Order          2    DDT    B105684          50.77    49.26
03/15/2006  10:16   Add            8    RP     H19523           25.00    74.26
03/16/2006  14:56   Rec Payment    7    jmh    G9917             1.25    73.01
03/21/2006  08:55   Order          2    DDT    B106909          48.35    24.66
03/21/2006  14:07   Rec Payment    10   bsp    J1547             0.75    23.91
03/24/2006  13:53   Rec Payment    10   bsp    J1720             2.00    21.91
03/28/2006  08:16   Order          2    DDT    B107952          20.00     1.91
04/04/2006  08:10   Order          2    DDT    B108947           1.82     0.09
04/07/2006  11:52   Add            4    SEA    D45439          100.00   100.09
04/11/2006  08:19   Order          2    DDT    B110138          53.38    46.71
04/18/2006  10:09   Order          2    DDT    B111114          37.48     9.23
04/18/2006  14:02   Rec Payment    10   bsp    J2619             2.30     6.93
04/24/2006  14:28   Rec Payment    10   bsp    J2781             1.00     5.93
04/25/2006  09:19   Order          2    DDT    B112246           5.88     0.05
04/26/2006  10:14   Add            8    RP     H20583           25.00    25.05
04/26/2006  11:56   Rec Payment    10   bsp    J2874             9.25    15.80
05/02/2006  05:53   Order          2    DDT    B113203          15.70     0.10
05/02/2006  13:48   Add            4    SEA    D46902           20.00    20.10
05/04/2006  14:37   Rec Payment    7    jmh    G10177            6.00    14.10
05/05/2006  14:25   Rec Pymnt-Rev  10   bsp    J2983             9.25    23.35
05/09/2006  06:44   Order          2    DDT    B114307          12.94    10.41
05/09/2006  13:38   Add            4    SED    D47365          100.00   110.41
05/16/2006  06:14   Order          2    DDT    B115173          58.94    51.47
05/18/2006  13:17   Rec Payment    10   bsp    J3367             1.30    50.17
05/23/2006  06:34   Order          2    DDT    B116302          49.12     1.05
05/26/2006  14:44   Credit         2    DDT    B116930          49.12    50.17
05/30/2006  08:13   Add            8    RP     H21427           25.00    75.17
05/30/2006  11:41   Order          2    DDT    B117343          52.64    22.53
```

Handwritten: 07-59(SLR)

FILED FEB 27 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Handwritten: BD scanned

**RESIDENT HISTORY REPORT**                                                          Page 2 of 3

HRYCI
02/22/07 12:33
ST 006 / OPR KJG

```
SBI            : 499250
Resident Name  : HART, MYLES
Time Frame     : 01/13/2004 18:17 - 02/22/2007 12:33
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| 05/31/2006 | 10:58 | Credit      | 3  | WLH | C12563  | 0.99   | 23.52  |
| 05/31/2006 | 12:20 | Add         | 4  | SED | D48681  | 100.00 | 123.52 |
| 06/01/2006 | 15:07 | Rec Payment | 7  | jmh | G10330  | 4.00   | 119.52 |
| 06/06/2006 | 08:00 | Order       | 2  | DDT | B118252 | 43.08  | 76.44  |
| 06/06/2006 | 09:22 | Add         | 8  | GLD | H21624  | 15.00  | 91.44  |
| 06/13/2006 | 08:16 | Order       | 2  | DDT | B119399 | 59.97  | 31.47  |
| 06/20/2006 | 08:37 | Order       | 2  | DDT | B120383 | 31.44  | 0.03   |
| 06/26/2006 | 12:01 | Add         | 4  | SED | D50137  | 20.00  | 20.03  |
| 06/27/2006 | 10:44 | Order       | 2  | DDT | B121462 | 19.97  | 0.06   |
| 06/29/2006 | 12:23 | Add         | 8  | GLD | H22250  | 15.00  | 15.06  |
| 07/04/2006 | 08:50 | Order       | 2  | DDT | B122446 | 14.97  | 0.09   |
| 07/11/2006 | 12:53 | Add         | 4  | SED | D50989  | 100.00 | 100.09 |
| 07/13/2006 | 08:19 | Rec Payment | 10 | bsp | J4407   | 1.25   | 98.84  |
| 07/13/2006 | 08:20 | Rec Payment | 10 | bsp | J4408   | 0.25   | 98.59  |
| 07/18/2006 | 08:27 | Add         | 8  | bsf | H22738  | 20.00  | 118.59 |
| 07/18/2006 | 12:10 | Order       | 2  | DDT | B124435 | 59.60  | 58.99  |
| 07/25/2006 | 07:09 | Order       | 2  | DDT | B125540 | 54.01  | 4.98   |
| 08/01/2006 | 11:58 | Order       | 2  | DDT | B126572 | 4.87   | 0.11   |
| 08/02/2006 | 12:24 | Add         | 4  | SED | D52097  | 100.00 | 100.11 |
| 08/08/2006 | 09:35 | Add         | 8  | bsf | H23279  | 25.00  | 125.11 |
| 08/08/2006 | 10:49 | Order       | 2  | WLH | B127539 | 59.91  | 65.20  |
| 08/11/2006 | 11:45 | Add         | 4  | SED | D52657  | 25.00  | 90.20  |
| 08/15/2006 | 14:11 | Order       | 2  | DDT | B128843 | 45.31  | 44.89  |
| 08/22/2006 | 10:02 | Order       | 2  | DDT | B129587 | 42.11  | 2.78   |
| 08/29/2006 | 10:39 | Order       | 2  | WLH | B130528 | 2.73   | 0.05   |
| 08/29/2006 | 13:22 | Add         | 4  | SED | D53639  | 100.00 | 100.05 |
| 09/05/2006 | 09:15 | Add         | 8  | bsf | H23951  | 22.00  | 122.05 |
| 09/06/2006 | 08:10 | Order       | 2  | WLH | B131620 | 47.64  | 74.41  |
| 09/12/2006 | 10:21 | Order       | 2  | WLH | B132441 | 38.41  | 36.00  |
| 09/13/2006 | 08:35 | Credit      | 3  | WLH | C14546  | 0.79   | 36.79  |
| 09/20/2006 | 05:46 | Order       | 2  | WLH | B133656 | 28.35  | 8.44   |
| 09/22/2006 | 09:49 | Credit      | 3  | WLH | C14916  | 28.35  | 36.79  |
| 09/26/2006 | 10:02 | Order       | 2  | WLH | B134719 | 36.17  | 0.62   |
| 09/27/2006 | 09:07 | Credit      | 3  | WLH | C15062  | 0.94   | 1.56   |
| 09/27/2006 | 09:08 | Credit      | 3  | WLH | C15063  | 3.92   | 5.48   |
| 09/29/2006 | 13:45 | Add         | 4  | SEA | D55528  | 25.00  | 30.48  |
| 10/02/2006 | 14:17 | Add         | 4  | SEA | D55634  | 100.00 | 130.48 |
| 10/03/2006 | 10:00 | Order       | 2  | DDT | B135512 | 31.66  | 98.82  |
| 10/10/2006 | 07:49 | Order       | 2  | DDT | B136716 | 40.75  | 58.07  |
| 10/12/2006 | 10:54 | Credit      | 3  | WLH | C15485  | 40.75  | 98.82  |
| 10/18/2006 | 05:46 | Order       | 2  | DDT | B137953 | 59.94  | 38.88  |
| 10/18/2006 | 09:28 | Credit      | 3  | WLH | C15580  | 4.81   | 43.69  |
| 10/23/2006 | 10:35 | Order       | 2  | DDT | B138503 | 35.98  | 7.71   |
| 10/30/2006 | 13:16 | Order       | 2  | WLH | B139693 | 7.53   | 0.18   |
| 11/01/2006 | 08:32 | Credit      | 3  | WLH | C15970  | 2.60   | 2.78   |
| 11/06/2006 | 12:01 | Order       | 2  | WLH | B140765 | 2.73   | 0.05   |
| 11/06/2006 | 12:53 | Add         | 4  | SED | D57598  | 100.00 | 100.05 |
| 11/06/2006 | 13:01 | Rec Payment | 10 | bsp | J6556   | 3.50   | 96.55  |
| 11/14/2006 | 05:49 | Order       | 2  | WLH | B141769 | 59.72  | 36.83  |
| 11/15/2006 | 09:06 | Credit      | 3  | WLH | C16270  | 2.62   | 39.45  |
| 11/20/2006 | 10:58 | Order       | 2  | WLH | B142806 | 39.15  | 0.30   |
| 11/23/2006 | 09:09 | Credit      | 3  | WLH | C16452  | 39.15  | 39.45  |
| 11/28/2006 | 13:05 | Order       | 2  | WLH | B144017 | 38.97  | 0.48   |
| 11/29/2006 | 13:10 | Credit      | 3  | WLH | C16563  | 3.85   | 4.33   |
| 12/04/2006 | 12:48 | Add         | 4  | SED | D59338  | 150.00 | 154.33 |
| 12/04/2006 | 13:25 | Order       | 2  | DDT | B144937 | 6.50   | 147.83 |
| 12/08/2006 | 11:59 | Add         | 4  | SED | D59673  | 25.00  | 172.83 |
| 12/11/2006 | 10:48 | Order       | 2  | DDT | B145776 | 57.77  | 115.06 |

```
RESIDENT HISTORY REPORT                                              Page 3 of 3

HRYCI
02/22/07 12:33
ST 006 / OPR KJG

SBI             :  499250
Resident Name   :  HART, MYLES
Time Frame      :  01/13/2004 18:17 - 02/22/2007 12:33

-----------------------------------------------------------------------------
Date        Time    Type             ST   OPR    Receipt #     Amount    Balance
-----------------------------------------------------------------------------

12/11/2006  12:40   Rec Payment      10   bsp    J7340           1.00     114.06
12/13/2006  11:16   Rec Payment      10   bsp    J7437           4.50     109.56
12/18/2006  12:21   Order             2   WLH    B146880        52.32      57.24
12/18/2006  13:29   Add               4   CAR    D60127         20.00      77.24
12/19/2006  09:32   Add               8   bsf    H26790         25.00     102.24
12/22/2006  12:17   Add               4   SED    D60667         20.00     122.24
12/26/2006  12:51   Add               4   SED    D60744         20.00     142.24
12/26/2006  13:08   Order             2   WLH    B147968        59.85      82.39
01/03/2007  08:30   Order             2   DDT    B148976        33.66      48.73
01/03/2007  13:12   Rec Payment      10   bsp    J7623           0.75      47.98
01/09/2007  10:01   Order             2   DDT    B150242        45.20       2.78
01/16/2007  09:44   Order             2   DDT    B151083         2.73       0.05
01/16/2007  12:25   Add               4   J      D61940        100.00     100.05
01/19/2007  08:11   Rec Payment      10   bsp    J8002           3.50      96.55
01/22/2007  12:51   Rec Payment      10   bsp    J8033           3.50      93.05
01/23/2007  08:33   Order             2   DDT    B152109        59.00      34.05
01/30/2007  06:58   Order             2   WLH    B153015        33.70       0.35
01/31/2007  08:58   Credit            3   WLH    C17781          1.02       1.37
01/31/2007  11:44   Add               4   gmw    D62819        100.00     101.37
02/06/2007  08:19   Order             2   WLH    B154019        52.80      48.57
02/07/2007  13:15   Rec Payment      10   bsp    J8139           2.00      46.57
02/09/2007  12:15   Rec Payment       6   bsp    F25873          4.00      42.57
02/13/2007  08:36   Order             2   DDT    B155051         7.25      35.32
02/13/2007  09:29   Add               8   bsf    H28345         20.00      55.32
02/20/2007  10:15   Order             2   DDT    B156334        39.72      15.60
```

MYLES A HART
P.O Box 9561
Wilmington, DE 19801
SBI 499250

WILMINGTON DE 197
26 FEB 2007 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, LockBox 18
Wilmington Delaware 19801-3570