IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYLES A. HART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-59-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 16, 2007, the court entered an order requiring plaintiff to complete and return USM-285 forms for defendant and the Attorney General of the State of Delaware, but failed to give plaintiff a deadline to submit the forms;

WHEREAS, to date, none of the required USM-285 forms have been received from plaintiff;

WHEREAS, the United States Marshal cannot serve the complaint until all USM-285 forms are received by the clerk of the court

THEREFORE, at Wilmington this 28th day of August, 2007, IT IS HEREBY ORDERED that plaintiff shall submit USM-285 forms within 30 days from the date of the order. Plaintiff is placed on notice that failure to timely submit the forms may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE