OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 1, 2007

TO: Myles A. Hart
Plummer Community Corrections Center
38 Todds Lane
Wilmington, DE 19806

**RE: U.S. Marshal 285 Forms - Deficiency Noted**
*Civ. No. 07-59 (SLR)*

Dear Mr. Hart:

Please be advised that this office has received an incomplete USM 285 form for Correctional Medical Service. The incomplete USM form lacks an original signature. Also, please be advised that this office has not received the USM 285 form for the Attorney General of the State of Delaware. Please submit the corrected USM 285 form and the USM 285 for Attorney General to the Clerk's Office.

Upon receipt of the U.S. Marshal 285 forms, your complaint will be forwarded tp the U.S. Marshal for service in accordance with the Court's orders.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Incomplete USM 285 form

⚠ USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

PLAINTIFF: Myles A. Hart
COURT CASE NUMBER: 07-59-SLR
DEFENDANT: Correctional Medical Services
TYPE OF PROCESS: Service by: US Marshall

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Correctional Medical Services
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): P.O. Box 419052 St. Louis, Missouri 6314-9052

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Myles A. Hart
38 Todds Lane
Wilmington, DE 19802

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Provides medical services at: HRYCI
1301 E. 12th Street
Wilmington, DE 19802

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (302) 999-7292
DATE: 19 Sept 07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date | Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)

REMARKS:

RECEIVED SEP 2 7 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00