IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYLES A. HART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-59-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on August 30, 2007, the court entered an order requiring plaintiff to complete and return USM-285 forms for the Attorney General of the State of Delaware, informing plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within the time specified may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 10);

WHEREAS, the time has lapsed and to date, the court has not received from plaintiff the required USM-285 forms;

THEREFORE, at Wilmington this _16th_ day of October, 2007, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE